IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID M. STEFFY, by his )
attorney in fact, LILA T. STEFFY, ) C.A. 9-538
his wife, )
)
    Plaintiffs,

v.

LIBERTY LIFE ASSURANCE CO.
OF BOSTON, et al.,

    Defendants.

**ORDER OF COURT**

Defendant's pending Motion to Dismiss (Docket No. [6]) is denied as Moot, because Plaintiff has filed an Amended Complaint. A case management conference is scheduled for August 21, 2009, at 10:00 A.M., in the chambers of the undersigned. Counsel shall submit position letters to the Court via fax, at (412) 208-7357, prior to the conference. The parties shall follow all ADR requirements as set forth on the Court's website, www.pawd.uscourts.gov.

    AND NOW, this 24th day of July, 2009, IT IS SO ORDERED.

    BY THE COURT:

    /s/Donetta W. Ambrose

    Donetta W. Ambrose

    Chief Judge, U.S. District Court